UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
42ND AND 10TH HOTEL, LLC,
        Petitioner, Cross-Respondent,

        -against-

NEW YORK HOTEL & MOTEL TRADES
COUNCIL, AFL-CIO,
        Respondents, Cross-Petitioner.
-----------------------------------------------------------X

21 CIVIL 6250 (MKV)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2022, having considered Petitioner's arguments for vacating the Liability Award, the Court finds them to be without merit. Accordingly, the cross-petition to confirm the Liability and Compliance Awards is GRANTED, and the motion to vacate is DENIED; accordingly, the case is closed.

**Dated**: New York, New York
       March 30, 2022

                                       RUBY J. KRAJICK
                                       _____
                                       Clerk of Court
                           BY: _____
                                       **Deputy Clerk**